STATE HIGHWAY BOARD *v.* PERKERSON.

GRICE, Justice. This case is controlled by the decision of this court in *Hardin* v. *State Highway Board,* ante, 614. The judgment of the Court of Appeals is               *Reversed. All the Justices concur.*

No. 12086. MARCH 8, 1938.

*M. J. Yeomans,* attorney-general, *O. H. Dukes, W. Glenn Thomas, J. M. C. Townsend, J. F. Hatchett, J. B. Hatchett, D. M. Parker,* and *B. S. Miller,* for plaintiff in error.

*N. F. Culpepper, R. A. McGraw,* and *Sam Welsch,* contra. *Mathews & Mathews* as amici curiæ.